**INGA L. PARSONS**
CHRISTIAN URBANO*
(of Counsel)

| Admitted to MA* NY WY<br>Federal Courts<br>U.S. Supreme Court | Attorneys at Law<br>3 Bessom St. No. 234<br>Marblehead, MA 01945 | Tel: 781-581-2262<br>Fax: 888-406-9538<br>Cell: 781-910-1523 |

Inga@IngaParsonsLaw.com    **MEMO ENDORSED**    Christian@IngaParsonsLaw.com

January 16, 2020 – BY ECF

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-16-2020
```

Re: *United States v. Fertides, et. al.* 18-319 (LTS)

Dear Judge Swain:

The Defendant, Yasmil Fertides, through his appointed counsel Inga L. Parsons, and joined by the defendants who have yet to plead guilty, and with the consent of the government by AUSA Jamie Bagliebter, move this Court to continue the motions filing date from January 17, 2020 to February 7, 2020 in the interests of justice. Specifically, this additional time is necessary to continue with plea negotiations which could be compromised should motions have to be filed before dispositions can be reached.

Thank you for your time and consideration in this matter.

Respectfully,

/s/ Inga L. Parsons

Inga L. Parsons

Cc: All counsel of record via ECF

*The extension request is granted.*
*DE #190 resolved.*

SO ORDERED:

_____ 1/16/20
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE