UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES,

   -v-                                                                 No. S1 18-CR-319-LTS

YASMIL FERTIDES,

       Defendant.

-------------------------------------------------------x

## ORDER

The Court has received a letter, filed January 17, 2020, from Mr. Fertides's counsel indicating that Mr. Fertides wishes to request assignment of new counsel. The Court will hold a hearing on the application on **January 23, 2020, at 12:00 p.m.** in Courtroom 17C.

Docket Entry No. 194 is resolved.

SO ORDERED.

Dated: New York, New York
       January 21, 2020

                                                                      /s/ Laura Taylor Swain
                                                                   LAURA TAYLOR SWAIN
                                                                   United States District Judge