UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA


   -v-                                                                                   No. 18CR319-LTS


YASMIL FERTIDES (1),

                      Defendant.

-------------------------------------------------------------X


**ORDER**


      Inga L. Parsons, Esq., is relieved as CJA counsel for the defendant. Richard Ma, Esq., is now appointed as CJA counsel for the defendant in the above-captioned matter.


      SO ORDERED.


Dated: New York, New York
       January 23, 2020

                                                             /s/ Laura Taylor Swain
                                                             LAURA TAYLOR SWAIN
                                                             United States District Judge