# RICHARD J. MA, ESQ.

20 Vesey Street, Ste. 400
New York, New York 10007
Tel. (212) 431-6938
Fax. (212) 964-2926
E-mail: richardma@maparklaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED _2-1l'20 20

February 9, 2020

*Via ECF*

Honorable Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

Re:     *United States v. Yasmil Fertides*
        18 Cr. 319 (LTS)

Dear Judge Swain:

As Your Honor is aware, I am counsel to Mr. Yasmil Fertides, the above-referenced defendant. This letter is submitted to request an extension of time to file pretrial motions, which were due February 7, 2020.

I was appointed to represent Mr. Fertides on January 23, 2020, and I am currently in the process of familiarizing myself with the file and reviewing the discovery in this matter. As such, I am not in a position to submit pretrial motions at this time. My hope is that by the next conference, scheduled for February 19, 2020, I will be able to update the Court with respect to the submission of pretrial motions. Based upon my communications with A.U.S.A. Maureen Comey, the Government consents to this request. Finally, I request to join the motions of co-defendants to the extent that they are applicable to Mr. Fertides.

Thank you.   Should the Court have any questions or concerns, or should any further information be required, please do not hesitate to contact the undersigned.

*Respectfully submitted,*

/s/ Richard J. Ma

Richard J. Ma, Esq.

cc via email:   A.U.S.A. Maureen Comey
A.U.S.A. Jamie Bagliebter

The requested extension is granted. Mr Ma shall file a joinder with respect to any co-defendant motions he believes are applicable to Mr Fortides. DE# 203 resolved.

SO ORDERED:

2/10/20

HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

2