# INGA L. PARSONS
## CHRISTIAN URBANO*
### (of Counsel)

| | | |
|---|---|---|
| Admitted to MA* NY WY | **Attorneys at Law** | Tel: 781-581-2262 |
| Federal Courts | **3 Bessom St. No. 234** | Fax: 888-406-9538 |
| U.S. Supreme Court | **Marblehead, MA  01945** | Cell: 781-910-1523 |

Inga@IngaParsonsLaw.com                                                                 Christian@IngaParsonsLaw.com

April 8, 2020 – BY ECF

Hon. Laura Taylor Swain
United States District Judge                    **MEMO ENDORSED**
Southern District of New York
40 Centre Street
New York, NY  10007

   Re: *United States v. Fertides, et. al.* 18-319 (LTS)

Dear Judge Swain:

  I was CJA appointed counsel for Mr. Fertides. I sought permission to have an associate work on the case up to 100 hours which was granted. The date of the order was 10/4/2019, however, counsel neglected to ask that the order be made retroactive *nunc pro tunc* to the date of appointment 7/6/2018. Counsel asks that the approval for appointment of counsel be made *nunc pro tunc* to 7/6/2018 so that all of the associate's time can be compensated. (He is within the 100 hour cap for all hours).

The request is granted. DE# 223 resolved.

                      Respectfully,

SO ORDERED.
4/8/2020                                                                                                  */s/ Inga L. Parsons*
/s/ Laura Taylor Swain, USDJ
                         Inga L. Parsons

Cc:  All counsel of record via ECF